IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CR NO: 1:22-CR-00112-ADA-BAM |
| KEVIN LOERA, | |
| Defendants. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum                    ☐ Ad Testicandum

Name of Detainee:  KEVIN LOERA

Detained at  Fresno County Jail, located at 1225 M. Street, Fresno CA

Detainee is:  a.)  ☒ charged in this district by:  ☒ Indictment  ☐ Information  ☐ Complaint
charging detainee with:  Title 18 U.S.C. § 2118(b)

or  b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ☐ return to the custody of detaining facility upon termination of proceedings

or  b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence
is currently being served at the detaining facility

*Appearance is necessary on December 22, 2022 at 2 p.m. in the Eastern District of California.*

Signature:
Printed Name & Phone No:  Stephanie M. Stokman 559-497-4045
Attorney of Record for:  United States of America

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on December 22, 2022** for an appearance at **2:00 p.m** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:   **Dec 19, 2022**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | |
|---|---|
| AKA(s) (if | |
| Booking or CDC #: | 7078702; 2211844 |
| Facility Address: | 1225 M. Street, Fresno, CA |
| Facility Phone: | |
| Currently | |

☒Male   ☐Female
DOB:    07/13/1998
Race:    H
FBI#:    388448RD0

## RETURN OF SERVICE

Executed on: _____    _____
                                              (signature)