1  Robert C Lamanuzzi, Esq (#213673)
   Attorney at Law
2  1330 L Street, Suite D
   Fresno, CA 93721
3  Telephone: (559) 492-0009

4  Attorney for Defendant: Kevin Loera

5                   UNITED STATES DISTRICT COURT
6                   EASTERN DISTRICT OF CALIFORNIA
7

8  | UNITED STATES OF AMERICA, | No. 1:22-cr-00112-001-TWR-BAM |
   |---|---|
   | Plaintiff, | |
   | | **MOTION TO TERMINATE CJA APPOINTMENT OF ROBERT LAMANUZZI AS ATTORNEY OF RECORD** |
   | KEVIN LOERA | |
   | Defendant. | |

16         On April 21, 2022, Defendant Kevin Loera was indicted on federal charges.  CJA Panel Attorney Robert Lamanuzzi was appointed as trial counsel to represent Mr. Kevin Loera on December 22, 2023, in his criminal case.  Mr.  Loera was sentenced pursuant to plea agreement on April 8, 2024. The time for filing a direct appeal was April 29, 2024**.**  No direct appeal was filed. Mr. Loera was in custody at sentencing. Mr. Loera was remanded to custody of the Bureau of Prisons as directed on April 8, 2024.  The trial phase of Mr. Loera's criminal case has, therefore, come to an end.   Having completed his representation of Mr. Loera, CJA attorney Robert Lamanuzzi now moves to terminate his appointment under the Criminal Justice Act.  Should Mr. Loera require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: 09/27/2024                                        Respectfully submitted,


                                                /s/ Robert Lamanuzzi
                                                Robert Lamanuzzi, Attorney for
                                                Defendant, Kevin Loera

**ORDER**

Having reviewed the notice and found that attorney Robert Lamanuzzi has completed the services for which he was appointed, the Court hereby grants attorney Lamanuzzi`s request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Kevin Loera at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Kevin Loera
Register # 36959-510
Herlong FCI
741-925 Access Road A25
Herlong, CA 96113

**IT IS SO ORDERED.**
Dated:  September 30, 2024

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE